IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| CHERYLE L. FLETCHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 07-429-AS |
| v. | ) | |
| | ) | ORDER |
| MICHAEL J. ASTRUE[1], Commissioner of Social Security, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

David B. Lowry
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223

    Attorney for Plaintiff

---

[1]On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should be substituted, therefore, for Commissioner Linda S. McMahon as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Page 1 - ORDER

Karin J. Immergut
United States Attorney
District of Oregon
Neil J. Evans
United States Attorney's Office
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204

Joanne Elizabeth Dantonio
Michael McGaughran
Social Security Administration
701 Fifth Avenue, Suite 2900
M/S 901
Seattle, Washington 98104

       Attorneys for Defendant

KING, Judge:

The Honorable Donald Ashmanskas, United States Magistrate Judge, filed Findings and Recommendation on September 18, 2007. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Ashmanskas' Findings and Recommendation (#15).

///

///

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss Counts 2 and 3 of Plaintiff's Complaint is GRANTED.

DATED this 9th day of October, 2007.

/s/ Garr M. King
GARR M. KING
United States District Judge