IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| CHERYLE L. FLETCHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 07-429-AC |
| v. | ) | |
| | ) | JUDGMENT |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | |
| Defendant. | ) | |
|                     | ) | |

David B. Lowry
9900 S. W. Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon  97223

    Attorney for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon
Britannia I. Hobbs
Assistant United States Attorney
1000 S. W. Third Avenue, Suite 600

Page 1 - JUDGMENT

```
        Portland, Oregon 97204-2902
        David Morado
        Regional Chief Counsel
        David M. Blume
        Special Assistant United States Attorney
        Office of the General Counsel
        701 5th Avenue, Suite 2900 M/S 901
        Seattle, Washington 98104-7075

            Attorneys for Defendant
```

KING, Judge:

Based on the record,

The decision of the Commissioner is hereby AFFIRMED.

Dated this ___15th___ day of July, 2008.

*/s/ Garr M. King*
Garr M. King
United States District Judge